**Order entered January 6, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01371-CV

**KEITH WAGONER, Appellant**

**V.**

**DALLAS TEXAS, ET AL, Appellee**

### No. 05-14-01564-CV

**DARRON T. WILSON, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

Upon review of the notices of appeal and clerk's records in the above captioned appeals, Cause No. 05-14-01371-CV, *Wagoner v. Dallas Texas*, and Cause No. 05-14-1564-CV, *Wilson v. Dallas County*, the Court concludes that there is a substantial overlap among the issues presented in the cases because both appeals arise from the same judgment of the trial court. Accordingly, on its own motion the Court **CONSOLIDATES** Cause No. 05-14-01371-CV and

Cause No. 05-14-1564-CV. The Court **ORDERS** the Clerk of the Court to remove all documents from file No. 05-14-1564-CV and refile them in No. 05-14-01371-CV and to treat No. 05-14-1564-CV as a closed case. The Court orders all future pleadings to be filed only in Cause No. 05-14-01371-CV.

Appellants shall file their briefs on the merits **within thirty (30) days** of the date of this order.


/s/     ELIZABETH LANG-MIERS
           JUSTICE